1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant KUNTZ
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                          )  No. CR 11-00833-CW-1
12                 Plaintiff,             )
                                          )  STIPULATION TO CONTINUE; ORDER
13  vs.                                   )  CONTINUING CASE AND EXCLUDING
                                          )  TIME UNDER THE SPEEDY TRIAL ACT
14  JESSE ALLEN KUNTZ,                    )
                                          )
15                 Defendant.             )
    _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  MOTIONS SETTING HEARING date of January 10, 2012 presently scheduled at 2:00 p.m.,

19  before the Honorable Claudia Wilken, be vacated and re-set for January 31, 2012 at 2:00 p.m. for

20  TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

21      The reason for this request is that both counsel are continuing to review discovery and

22  investigate this case. Specifically, because of both missing information and a probable reversal

23  on appeal of a prior case in Mr. Kuntz's rap sheet, there are criminal history documents which

24  must be reviewed prior to the entry of any plea agreement. The government has extended an

25  offer in this case, which the defense wishes to consider and discuss, based on a thorough review

26  of any alleged criminal history documents.

                                          1

1   The parties agree and stipulate that the time until January 31, 2012 should be excluded,
2   under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the
3   continuance outweigh the bests interests of the public and the defendant in a speedy and public
4   trial.  The continuance is necessary to accommodate counsel's preparation efforts.

5

6   Date   1/09/12                          /s/
7                                           John Paul Reichmuth
                                            Assistant Federal Public Defender
                                            Counsel for defendant KUNTZ
8

9

10  Date   1/09/12                          /s/
                                            James Mann
11                                          Assistant United States Attorney

12
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
13  within this efiled document.            /S/ John Paul Reichmuth
                                            Counsel for Defendant Kuntz

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 31, 2012 at 2:00 p.m., and that time is excluded from the date of this order  to January 31, 2012 pursuant to 18 U.S.C. §§3161(h)(7)(A).

IT IS SO ORDERED.

1/9/2012
Date

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

3