1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant KUNTZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR 11-00833-CW-1
                                    )
12              Plaintiff,           )   STIPULATION TO CONTINUE;
                                    )   [PROPOSED] ORDER CONTINUING
13 vs.                              )   SENTENCING
                                    )
14 JESSE ALLEN KUNTZ,               )
                                    )
15              Defendant.           )
   _____)
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 SENTENCING HEARING date of April 24, 2012 presently scheduled at 2:00 p.m., before

19 the Honorable Claudia Wilken, be vacated and re-set for May 29, 2012.

20     The reason for this request is that defense counsel wishes to further investigate Mr.

21 Kuntz's mental health history by gathering records from several treatment providers. The

22 Probation Officer does not object, and the Speedy Trial Act is inapplicable, as the defendant

23 has pled guilty.

24

25

26

Date   4/02/12

　　　　　　　　　　　　　　　　　/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant KUNTZ

Date   4/02/12

　　　　　　　　　　　　　　　　　/s/
James Mann
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
Counsel for Defendant Kuntz

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to May 29, 2012 at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

4/3/2012
Date
　　　　　　　　　　　　　　　　　
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2