STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
1301 Clay St., Ste 1350N
Oakland, California 94612
Telephone: (510) 637-3500

Counsel for Defendant KUNTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-833-CW |
| Plaintiff, | JESSE KUNTZ'S VIOLATION MEMORANDUM |
| vs. | |
| JESSE KUNTZ, | Date: December 20, 2016 |
| Defendant. | |

Mr. Kuntz intends to submit this matter based on the pending Form 12, and stipulate that it is sufficient for the court to find *a violation* of Supervised Release, if the court accepts the parties' joint recommended sentence of 12 months and one day incarceration, followed by 24 months of Supervised Release.

The Government and the Probation Officer also agree to the sentence of 12 months and one day incarceration. Although the Probation Officer indicated that he recommended 90 days of RRC placement to follow custody, he has now subsequently agreed that Mr. Kuntz must formulate a release plan before his custodial term ends, and that the parties will request an RRC commitment by modification if Mr. Kuntz has no stable residence approved when his release date arrives.

This sentence represents a variance from the stated range of 30-37 month (range based on a Criminal History Category V and a Grade A violation under U.S.S.G. § 7B1.1(a)(1). There are

significant doubts as to whether Mr. Kuntz actually committed a Grade A violation, so this agreement represents a compromise, wherein Mr. Kuntz will not request an evidentiary hearing, and he will not deny that the Form 12 supports a violation, if the court accepts the agreement.

If this case were to go to a revocation hearing, Mr. Kuntz proffers through counsel that the following facts would be proven:

- The alleged victim told police that he thought he might have been stabbed by a man named "Mike." He also told the Federal Public Defender (F.P.D.) Investigator that he had had an altercation with a man named "Mike" earlier that day after the man took a phone from the minor female who was later at the scene.
- The alleged victim identified a man named Michael Kennedy from a photo lineup as the potential assailant.
- The alleged victim identified the suspect vehicle as a black Honda Civic, which type of car has not been connected to Mr. Kuntz, but which has been connected to Michael Kennedy, who was stopped in such a vehicle with the minor female who was at the scene on the evening of the stabbing.
- A light-colored Acura, which type is associated with Mr. Kuntz, was seen in the neighborhood, but no one entered or exited it, and a speeding car of the same type and color was stopped close in time and location to the area and the driver had no connection the incident.
- The alleged victim claims that he was not engaging in contact with the minor, but he was in his underwear at the time of the stabbing, even though he was only a guest at the home. The minor claimed to police the alleged victim was trying to "get on her" that evening.
- The alleged victim claims that he was stabbed in the hallway upon exiting the bathroom, but the police believe that the evidence is consistent with the assault having occurred in the backyard.
- The alleged victim identified Mr. Kuntz in a subsequent lineup, but he told the F.P.D. Investigator that he has circled somewhere between 9 and 12 photographs for the Concord

1      Police Department.

2 •     The alleged victim told the F.P.D. Investigator that the assailant was between 320 and 400
3      pounds, which is well over Mr. Kuntz's weight.

4 •     The alleged victim used marijuana, alcohol, and methamphetamine on the night of the incident.
5      He claimed that he was there in part to perform an exorcism on a resident of that home who
6      was possessed by a demon.  The alleged victim also declared himself to be clairvoyant and said
7      he has special abilities to pass messages to people who have died.  During the interview, he
8      also described a number of supernatural experiences and supernatural creatures that he has
9      encountered.

10     The proposed resolution of this case is fair, given a number of indications that Mr. Kuntz did
11 not commit the alleged stabbing in this case and that there is insufficient evidence to prove that he
12 committed a stabbing.  Because the evidence is equivocal, however, and because the incident's
13 aftermath does suggest that Mr. Kuntz has not been fully compliant with his supervision terms, he
14 will stipulate that the Form 12 Petition is sufficient to establish a violation of his Supervised
15 Release, if the court indicates its willingness to accept the parties' joint resolution.

18 Dated: December 16, 2016

20                                          Respectfully submitted,

21                                          STEVEN G. KALAR
                                           Federal Public Defender

22                                              /s/

23                                            John Paul Reichmuth
24                                            Assistant Federal Public Defender