# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| Jesse Allan Kuntz | ) | USDC Case Number: CR-11-00833-001 CW |
| | ) | BOP Case Number: DCAN411CR00833-001 |
| | ) | USM Number: 16427-111 |
| | ) | Defendant's Attorney: Gail Shifman (Appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of charges(s): <u>Two through Seven</u> of the Second Amended Petition dated January 3, 2019.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Two | Failure to Notify Probation Officer of Law Enforcement Contact | June 5, 2018 |
| Three | Failure to Participate in a Program of Testing and Treatment for Drug Abuse | June 26, 2018 |
| Four | Attempt to Circumvent Drug Test | July 10, 2018 |
| Five | Use of a Controlled Substance | July 10, 2018 |
| Six | New Law Violation – Felon in Possession of a Firearm | December 31, 2018 |
| Seven | Own or Possess Firearm, Ammunition, or Destructive Device | December 31, 2018 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charges One and Eight of the Second Amended Petition have been dismissed upon motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>5928</u>

Defendant's Year of Birth: <u>1985</u>

City and State of Defendant's Residence:
<u>Pittsburg, California</u>

4/2/2019
Date of Imposition of Judgment

*/s/ Claudia Wilken*
Signature of Judge

The Honorable Claudia Wilken
Senior United States District Judge
Name & Title of Judge

April 4, 2019
Date Signed

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty-four (24) months, with no term of supervised release to follow.

- [x] The Court makes the following recommendations to the Bureau of Prisons:
  To be designated to a facility as close to the Bay Area, California, as possible, with access to drug treatment program.

- [x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL